■ In the Matter of MURRAY S. ADLER, Appellant, v. JOAN S. HICKMAN, Respondent.— In a proceeding pursuant to article 4 of the Family Court Act by respondent's former husband to delete the support provisions of a Mexican judgment which divorced the parties, petitioner appeals from an order of the Family Court, Suffolk County, dated June 12, 1972, which (a) denied the application and (b) granted respondent's attorney a counsel fee of $250. Order modified, on the facts, by striking from the final sentence of the decretal paragraph thereof the words "direct to the attorney for the respondent" and substituting therefor the words "directly to respondent". As so modified, order

affirmed, without costs. It is clear on this record that the fee arrangement entered into between respondent and her attorney was such that any award of counsel fees was to be payable directly to respondent. Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.